# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161529(30)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOHN ANTONIO POOLE,
      Defendant-Appellant.

_____/

SC: 161529
COA: 352569
Wayne CC: 02-000893-FC

      On order of the Chief Justice, the motion of Charles Selby to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 9, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2021



Clerk